UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PIER FISH CO., INC.,<br><br>　　　　Plaintiff/Defendant in Counterclaim<br><br>v.<br><br>EMPIRE SEAFOOD, LLC,<br><br>　　　　Defendant/Plaintiff in Counterclaim<br><br>v.<br><br>RICHARD J. BARRY and BARRY GROUP, INC.,<br><br>　　　　Third-Party Defendants | Civil Action No. 06-CA-11712-RCL |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

　　The parties hereby agree to voluntarily dismiss this action with prejudice, waiving all rights of appeal, and without attorney's fees or costs to any party.

Respectfully Submitted,

| | |
|---|---|
| PIER FISH CO., INC., and RICHARD J. BARRY | EMPIRE SEAFOOD, LLC, |
| By their Attorneys, | By its Attorneys, |
| By: /s/ Andrew B. Saunders<br>   Andrew B. Saunders (B.B.O. #560645)<br>   SAUNDERS & SAUNDERS, LLP<br>   700 Pleasant Street, Fifth Floor<br>   New Bedford, MA  02740<br>   Tel. (508) 999-0600 | By: /s/ Diane M. Saunders<br>   Diane M. Saunders (B.B.O. #562872)<br>   Jeffrey S. Siegel (B.B.O. #647148)<br>   MORGAN, BROWN & JOY, LLP<br>   200 State Street<br>   Boston, MA  02109-2605<br>   Tel. (617) 523-6666 |

BARRY GROUP, INC.

By its Attorneys,

By: /s/ Lawrence T. Gingrow, III
   Lawrence T. Gingrow, III
   PIERCE ATWOOD LLP,
   Pease International Tradeport
   One New Hampshire Avenue, Suite 350
   Portsmouth, NH 03801
   Tel. (603) 433-6300

   Jeffrey M. White, Esq. (*Of Counsel*)
   Pierce Atwood LLP
   One Monument Square
   Portland, ME 04101

Dated:  November 29, 2007

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), **including opposing counsel Andrew B. Saunders and Lawrence T. Gingrow III**, on December 3, 2007.

                                             s/ Diane M. Saunders
                                             Diane M. Saunders